# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Christopher Eckman,            Case No. 12-cv-45 (SRN/DTS)

    Plaintiff,

v.                                  **ORDER**

Lori Swanson, et al.,

    Defendants.

---

Christopher Eckman, MSOP, 1111 Highway 73, Moose Lake, MN 55767, Plaintiff PRO SE.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated November 21, 2022 [Doc. No. 29]. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

    **IT IS HEREBY ORDERED**:

    1.    This matter is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

    2.    The pending motions of plaintiff Christopher Eckman [Docket Nos. 2, 4, 7, & 26] are DENIED AS MOOT.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 8, 2022                      s/Susan Richard Nelson
                                                  SUSAN RICHARD NELSON
                                                  United States District Judge